## Frank Felder *v.* Braddock Borough, Appellant.

Argued Oct. 29, 1895. Appeal, No. 69, Oct. T., 1895, by defendant, from order of C. P. No. 3, Allegheny Co., August Term., 1894, No. 488, dismissing exceptions to report of viewers, and refusing to allow defendant an appeal. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

---

## Charles Koehl *v.* Braddock Borough, Appellant.

Argued Oct. 29, 1895. Appeal, No. 70, Oct. T., 1895, by defendant, from order of C. P. No. 3, Allegheny County, Aug. T., 1894, No. 489, dismissing exceptions to report of viewers and refusing to allow defendant an appeal. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE GREEN, January 6, 1896:

The judgment in this case is affirmed for the reasons stated in the opinion just filed in the case of William Bowers v. The Borough of Braddock, No. 64, Oct. T., 1895.

Judgment affirmed.